# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hyman, Paul G. | U S Bankruptcy Court, SD FL | 06/25/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Suite 801
1515 N Flagler Drive
West Palm Beach, FL 33401

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 1987 Trustee | Trust 1 |
| 2. | 1987 Trustee | Trust 2 |
| 3. | 2010 Trustee | Martial Trust |
| 4. | 2012 Trustee | Trust #3 |
| 5. | 2012 Trustee | Trust #4 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Associate at Searcy Denney et al-salary |
| 2. | 2018 | Associate at McDivitt Law Firm-salary |
| 3. | 2018 | Associate at Franklin D Azar & Associates-salary |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FL Bar | 01/17/2018 t0 1/18/2018 | Orlando, FL | Committee meeting | Transportation, meals, parking and lodging |
| 2. | Fl BAR | 03/21/2018 t0 03/25/2018 | Cartagena, Columbia | Committee meeting | Transportation, meals, parking and lodging |
| 3. | FL Bar | 06/13/2018 to 06/14/2018 | Orlando, FL | Committee meeting | Transportation, meals, parking and lodging |
| 4. | FL Bar | 11/08/2018 t0 11/09/2018 | Miami, FL | CLE | Transportation, meals, parking and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 06/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. America First | A | Dividend | L | T | | | | | |
| 2. Apple Inc | A | Dividend | K | U | | | | | |
| 3. Bank of China | B | Interest | | | Matured | 01/02/18 | M | C | |
| 4. Bank of West San Francisco | B | Interest | | | Matured | 01/02/18 | M | C | |
| 5. Capital Partners | B | Dividend | | | Sold | 12/03/18 | K | C | |
| 6. Ceridian Hld Inc | A | Dividend | | | Buy | 04/26/18 | J | | |
| 7. | | | | | Sold | 04/27/18 | J | C | |
| 8. Corporation America | B | Dividend | | | Buy | 02/01/18 | K | | |
| 9. | | | | | Sold | 12/03/18 | K | A | |
| 10. CVS | A | Dividend | K | T | | | | | |
| 11. Delta | A | Dividend | L | T | Buy | 12/19/18 | L | | |
| 12. Emerson Elect Co | A | Dividend | K | T | | | | | |
| 13. Fidelity Investments | D | Interest | O | T | Buy | 09/05/18 | M | | |
| 14. | | | | | Sold (part) | 12/07/18 | K | A | |
| 15. | | | | | Buy (add'l) | 08/31/18 | O | | |
| 16. | | | | | Sold (part) | 11/07/18 | K | A | |
| 17. Elanco Aminal Health Inc | A | Dividend | | | Buy | 09/20/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 09/24/18 | J | B | |
| 19. Farfetch LTD | A | Dividend | | | Buy | 09/21/18 | J | | |
| 20. | | | | | Sold | 09/24/18 | K | B | |
| 21. First Eagle Global | B | Dividend | K | T | | | | | |
| 22. Goldman Sachs | A | Dividend | | | Buy | 02/06/18 | L | | |
| 23. | | | | | Sold | 12/03/18 | K | | |
| 24. Growth Fund America | A | Distribution | M | T | | | | | |
| 25. Huya Inc | A | Dividend | | | Buy | 05/11/18 | K | | |
| 26. | | | | | Sold | 05/14/18 | K | D | |
| 27. Intel Corp | A | Dividend | | | Sold | 01/30/18 | L | C | |
| 28. Macquarie Infrastructure Corp | A | Dividend | | | Sold | 12/31/18 | L | D | |
| 29. Arena Pharamaceeutical Inc | A | Dividend | | | Buy | 03/22/18 | K | | |
| 30. | | | | | Sold | 03/23/18 | K | A | |
| 31. New Residential Corp | A | Dividend | | | Buy | 01/17/18 | K | | |
| 32. | | | | | Sold | 01/17/18 | K | B | |
| 33. Newell Brands Inc | A | Dividend | K | T | Buy | 11/08/18 | K | | |
| 34. North European Oil | A | Dividend | | | Sold | 12/04/18 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Owens Ill Inc | A | Dividend | | | Sold | 02/13/18 | K | B | |
| 36. PayPal Inc | A | Dividend | | | Sold | 04/05/18 | L | A | |
| 37. Permrock Royalty Trust | A | Distribution | L | T | Buy | 05/02/18 | L | | |
| 38. Royal Bank | A | Dividend | K | T | | | | | |
| 39. SPDR Index | A | Dividend | J | T | | | | | |
| 40. Stone Castle Fin Corpb | A | Dividend | K | T | | | | | |
| 41. Toranto Dominion BK | A | Dividend | K | T | | | | | |
| 42. Tremont MTG Reit | B | Dividend | J | T | | | | | |
| 43. Met Life cash account | D | Interest | M | T | | | | | |
| 44. Enterprise Products Partners LP | A | Dividend | M | T | | | | | |
| 45. Ford Motor Co | A | Dividend | L | T | | | | | |
| 46. New Perspective FD | B | Dividend | M | T | | | | | |
| 47. Investment Co | B | Dividend | M | T | | | | | |
| 48. AMCAP Fund | A | Dividend | K | T | | | | | |
| 49. American Airlines | A | Dividend | | | Sold | 12/19/18 | L | | |
| 50. Capital Product Partners | A | Distribution | L | T | | | | | |
| 51. Covanta Holding Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CVS | A | Dividend | K | T | | | | | |
| 53. Du Pont | A | Dividend | L | T | | | | | |
| 54. Eaton Vannce | B | Dividend | L | T | | | | | |
| 55. Emerson Elect LTD | A | Distribution | K | T | | | | | |
| 56. Fifth Str SR | A | Dividend | K | T | | | | | |
| 57. General Motors, Inc | A | Dividend | | | Sold | 06/04/18 | J | | |
| 58. Growth America Fund | A | Dividend | M | T | | | | | |
| 59. Haliburton Corp | A | Dividend | J | T | | | | | |
| 60. Jet Blue Corp | A | Dividend | | | Sold | 07/23/18 | L | A | |
| 61. Krtos Defense and Security | B | Dividend | | | Sold | 02/22/18 | J | A | |
| 62. Leidos Holdings Inc | A | Dividend | J | T | Buy | 07/17/18 | J | | |
| 63. Nestle S A | A | Dividend | K | T | | | | | |
| 64. Pepsico Inc | A | Dividend | L | T | | | | | |
| 65. Plains All American Pipeline | A | Distribution | | | Sold | 04/02/18 | K | A | |
| 66. Teva Pharamaceutical | A | Dividend | J | T | Buy | 02/20/18 | K | | |
| 67. Trinity Industries | A | Dividend | | | Sold | 07/23/18 | M | E | |
| 68. Unilever | B | Dividend | | | Sold | 08/24/18 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. United Bank Shares | A | Dividend | L | T | | | | | |
| 70. United Cont Inc | A | Dividend | | | Buy | 04/05/18 | K | | |
| 71. | | | | | Sold | 07/23/18 | L | C | |
| 72. Zoetis, Inc | A | Dividend | K | T | | | | | |
| 73. Searcy Denny Defined Contribution Pension Plan Adminis by John Hancock | B | Distribution | L | T | | | | | |
| 74. Alaska Air Inc | A | Dividend | J | T | | | | | |
| 75. Bank Of America | A | Dividend | K | T | | | | | |
| 76. Bank of China | B | Interest | | | Matured | 01/02/18 | L | B | |
| 77. Biolase Inc(X) | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 78. CBS Corp | A | Dividend | | | Sold | 05/23/18 | K | B | |
| 79. CitiGroup(X) | A | Dividend | K | T | | | | | |
| 80. Cognizant Tech | A | Dividend | L | T | | | | | |
| 81. EuroPacific Growth | A | Dividend | J | T | | | | | |
| 82. Ford Motor Company(X) | A | Dividend | J | T | | | | | |
| 83. General Elect(X) | A | Dividend | J | T | | | | | |
| 84. Growth Fund America | A | Dividend | J | T | | | | | |
| 85. Investment Co America | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Kratos Defense and Security Solutions | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 87. Eli Lilly | A | Dividend | K | T | | | | | |
| 88. Lumentum Holdings | A | Dividend | J | T | | | | | |
| 89. Micron Tech | A | Dividend | | | Buy | 02/23/18 | K | | |
| 90. | | | | | Sold | 04/25/18 | K | A | |
| 91. Nordstrom Inc | A | Dividend | | | Sold | 01/05/18 | K | C | |
| 92. Viavi Solutions, Inc | A | Dividend | | | Sold | 05/23/18 | J | A | |
| 93. Monster Beverage Corp(X) | A | Dividend | L | T | Sold (part) | 05/11/18 | L | D | |
| 94. New Perspective | A | Dividend | J | T | | | | | |
| 95. Schlumberger LTD | A | Dividend | K | T | Buy | 01/05/18 | K | | |
| 96. Terex Corp | A | Dividend | | | Sold | 06/18/18 | K | B | |
| 97. Tidewater Inc | A | Dividend | K | T | Buy | 04/25/18 | K | | |
| 98. US Steel Corp | A | Dividend | K | T | Buy | 06/18/18 | K | | |
| 99. Zynga Inc(X) | A | Dividend | J | T | | | | | |
| 100. Zions Bank | B | Dividend | | | Buy | 05/07/18 | L | | |
| 101. | | | | | Sold | 12/14/18 | K | A | |
| 102. Amgen Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Boeing CO | A | Dividend | | | Sold | 07/24/18 | L | D | |
| 104. Abbott Laboratories | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 105. Microsoft Corp | A | Dividend | | | Sold | 07/24/18 | L | D | |
| 106. Oracle Corp | A | Dividend | K | T | | | | | |
| 107. Boeing Co | A | Dividend | | | Sold | 07/24/18 | L | D | |
| 108. American Airlines | A | Dividend | K | T | | | | | |
| 109. AMCAP Fund | A | Dividend | M | T | | | | | |
| 110. Amer Balance Fund | A | Dividend | M | T | | | | | |
| 111. Abbott laboratories | A | Dividend | | | Sold | 07/23/18 | J | A | |
| 112. Amer Mutual Fund | A | Dividend | K | T | | | | | |
| 113. American Airlines | A | Dividend | K | T | | | | | |
| 114. Amgen Inc | A | Dividend | J | T | | | | | |
| 115. CBS Corp | A | Dividend | | | Sold | 05/23/18 | K | A | |
| 116. Disney Walt Co | B | Dividend | J | T | | | | | |
| 117. Europacific Growth Fund | B | Dividend | K | T | | | | | |
| 118. Oracle Corp | A | Dividend | K | T | | | | | |
| 119. Zoetis Inc | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 06/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Franklin Strategic | A | Dividend | K | T | | | | | |
| 121. Zions Bancorp | A | Dividend | | | Sold | 11/23/18 | K | A | |
| 122. Salle Mae | A | Interest | K | T | | | | | |
| 123. Baskem SA | A | Dividend | K | T | | | | | |
| 124. Global Med REIT | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 06/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trusts 1 and 2 have no assets.

Please note that the investment listed on line 73 is a Defined Contribution Pension Plan which vested on January 2, 2014. It is administered by John Hancock. It is not a self-directed plan. We can only select a general investment strategy for the plan. Fifty percent is invested in a growth fund and 50% is invested in an income and growth fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul G. Hyman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544